Michael F. Chekian (CA Bar No.165026)
Chekian Law Office, Inc.
633 West Fifth Street, Ste. 2600
Los Angeles, CA 90071
(310) 390-5529-Voice
(310) 451-0739-Facsimile
mike@cheklaw.com-email

Attorneys for Secured Creditors and Defendants

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br>Ray Charles Leonard, Jr.,<br>　　　　Debtor<br>------------------------------------------------------<br>Ray Charles Leonard, Jr.,<br>　　　　Plaintiff<br>v.<br>Lil' Wave Financial, Inc. dba Superior Loan Servicing; Cast Iron Funding LLC; Lighthouse II; Wendy Oliver Trustee of Wendy A. Walder Family Trust; Bruce Hammett and Judith Hammett; Paul S. Titcombe and Does 1-10, Inclusive,<br>　　　　Defendants | **Chapter 13**<br>**Case No.: 6:24-bk-12733-RB**<br>**NOTICE OF REMOVAL OF CIVIL ACTION TO THE UNITED STATES BANKRUPTCY COURT; DECLARATION OF MICHAEL CHEKIAN, ESQ.**<br>**(28 USC §§ 1334, 1452; FRBP 9027)**<br>**(Filed Concurrently With Motion To Reopen Case)**<br>**No Hearing Required**<br>Date:<br>Time:<br>Place:<br>**(Superior Court of the State of California, County of Riverside Case No.: CVME2402975)** |

**TO: HONORABLE JUDGE REYES BORDEAUX, DEBTOR/PLAINTIFF RAY CHARLES LEONARD, JR., CHAPTER 13 TRUSTEE, U.S. TRUSTEE AND INTERESTED PARTIES:**

　　　**PLEASE TAKE NOTICE THAT** secured creditors and defendants in the Chapter 13 bankruptcy of debtor plaintiff herein Ray Charles Leonard, Jr. ("Plaintiff" or "Debtor"), who are Lil' Wave Financial, Inc. dba Superior Loan Servicing Cast Iron Funding LLC ("SLS"); Lighthouse II; Wendy Oliver Trustee of Wendy A. Walder Family Trust; Bruce Hammett and

1

**NOTICE OF REMOVAL**

Judith Hammett; Paul S. Titcombe (sometimes collectively "Defendants") hereby submit this notice of removal of the civil action titled *Plaintiff. v. Defendants.* ("Civil Action") filed by Plaintiff in accordance with 28 U.S.C. §§ 1334, 1452(a) and FRBP 9027(a) as below set forth.

1. The Civil Action was filed in California Superior Court, Riverside Division on September 19, 2024 as case number CVME2402975.  The Civil Action is based on alleged violations of California state law regarding the pre-bankruptcy foreclosure actions of Defendants including SLS, which is the loan servicer on Debtor's real estate located at 35646 Athena Court, Winchester, California  92596 ("Subject Property").  The Subject Property is valued at $920,000 and is the second largest asset listed by Debtor on his bankruptcy schedules filed on May 17, 2024 at docket 1.

2. Plaintiff's bankruptcy ("Bankruptcy") was filed on May 17, 2024, dismissed on August 2, 2024 and closed on September 13, 2024.  Pursuant to Local Bankruptcy Rule 5010-1, a motion to reopen the Bankruptcy is concurrently being filed.

3. The Bankruptcy dismissal was entered on August 2, 2024 as docket 25, including an order that the Bankruptcy Court reserved jurisdiction to hear all issues arising under Bankruptcy Code §§ 105, 109(g), 110, 329, 349 and 362.

4. The Civil Action complaint, docket and all other available documents filed therein are attached as exhibits to the concurrently filed declaration of Michael Chekian, Esq.

5. The time to file this notice of removal to the Bankruptcy Court has not elapsed pursuant to FRBP 9027(a)(3).

6. Pursuant to this notice of removal, Defendants remove all causes of action asserted in the Civil Action. The Civil Action is a core proceeding because it concerns the

administration of Debtor's bankruptcy estate ("Estate"), the allowance and disallowance of claims against the Estate, orders to turn over property of the Estate, basis for objections to discharge, determinations of the validity, extent, or priority of liens, is to determine, avoid, or recover fraudulent conveyances, and affects the liquidation of the assets of the estate pursuant to 28 USC §§ 157(a),(b),(e), (h), (i) and (o). It also is a case that arises under/in or related to a case under title 11 of the United States Code and affects the property of the Debtor and the Estate pursuant to 28 USC § 1334.

7. The Civil Action, including all claims and causes of action asserted therein, is a civil action other than a proceeding before the United States Tax Court; it is not a civil action by a governmental unit to enforce such governmental unit's police or regulatory power. The Civil Action is of a civil nature over which the Bankruptcy Court has jurisdiction in that it is related to the Debtor's Chapter 13 case which is now pending. The Bankruptcy Court presiding over the Debtor's chapter 13 case pursuant to the general reference with respect to title 11 cases in effect in the Central District of California per 28 USC § 157(a), the Court has jurisdiction of each and every cause of action asserted in the Civil Action under 28 USC § 1334.

8. Defendants are concurrently filing this notice of removal in the Civil Action.

9. Defendants consent to entry of final orders or judgment by the Bankruptcy Court.

NOW THEREFORE, all parties to the Civil Action pending in the State Court are hereby notified pursuant to FRBP 9027(c) that:

1. Removal of the Civil Action is effected upon the filing of this Notice of Removal with the Clerk of the United States Bankruptcy Court. The Civil Action is removed

3

**NOTICE OF REMOVAL**

from the State Court to the Bankruptcy Court as of the date stamped by the Court in the upper right-hand corner of the first page.

2. The parties to the Civil Action shall proceed no further in the State Court, unless and until the Civil Action is remanded by the Bankruptcy Court.

DATED: November 4, 2024                    CHEKIAN LAW OFFICE

By: /s/ Michael F. Chekian
MICHAEL F. CHEKIAN
Attorneys for Defendants

4

**NOTICE OF REMOVAL**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 633 West Fifth Street, 26th Floor, Los Angeles, CA 90071

A true and correct copy of the foregoing document entitled (*specify*):   Notice of Removal of Civil Action To the United States Bankruptcy Court; Declaration of Michael Chekian, Esq. In Support of Notice of Removal of Civil Action To the United States Bankruptcy Court; Notice of Motion For Order Without A Hearing and Motion To Reopen Bankruptcy Case To Hear Removed Civil Court Proceeding will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) November 4, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Capital One Auto Finance, Amitkumar Sharma:  amit.sharma@aisinfo.com
Attorney for Debtor Michael Smith:  mike@slclawoffice.com
Chapter 13 Trustee Rod Danielson:  notice-efile@rodan13.com
U.S. Trustee:  ustpregion16.rs.ecf@usdoj.gov
Cast Iron Funding LLC, et al, Richard Niemi:  niemoid1955@yahoo.com
Cast Iron Funding LLC, et al, Michael Chekian, Esq.:  mike@cheklaw.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) __11/4/2024_, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Judge Magdalena Reyes Bordeaux
U.S. Bankruptcy Court
3420 Twelfth Street
3rd Floor Courtesy Dropbox
Riverside, CA  92501-3819

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) __/201_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/4/2024 | Michael Chekian | /s/ Michael Chekian |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                               F 9013-3.1.PROOF.SERVICE